IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| ANNETTE WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 2:17-CV-360-TLS |
| | ) | |
| MERRILLVILLE COMMUNITY SCHOOL CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the Findings, Report and Recommendation of United States Magistrate Judge Pursuant to 28 U.S.C. § 636(b)(1)(B)&(C) filed on May 8, 2018 ("Report and Recommendation") [ECF No. 36]. More than 14 days have passed, and there is no objection to the Report and Recommendation. *See Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection will result in the waiver of the right to challenge a report and recommendation).

Therefore, upon due consideration, the Court hereby **ADOPTS** the Report and Recommendation [ECF No. 36]. Accordingly, the Defendant's Motion for Partial Judgment on the Pleadings [ECF No. 12], which was re-filed as Defendant's Motion for Partial Judgment on the Pleadings with Respect to Amended Complaint [ECF No. 30], is **GRANTED**. The Court **DIRECTS** the Clerk to **ENTER JUDGMENT** in the Defendant's favor on Count IV, the Plaintiff's claim for constructive discharge.

SO ORDERED on October 18, 2018.

        s/ Theresa L. Springmann
        CHIEF JUDGE THERESA L. SPRINGMANN
        UNITED STATES DISTRICT COURT